UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BRIAN FOLLMER,

    Plaintiff,

v.                                                      Case No. 3:16cv360/MCR/CJK

C. COURTNEY, et al.,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

This prisoner civil rights case is before the court upon referral from the clerk. On February 14, 2017, the court entered an order (doc. 22) directing plaintiff to file, within 30 days, a response to defendants Nichols' and Dixon's motions to dismiss. Plaintiff did not respond. On April 7, 2017, the court entered an order (doc. 29) directing plaintiff to file, within 21 days, a response to defendant Courtney's motion to take his deposition. Plaintiff did not respond.

Accordingly, on May 9, 2017, the court entered an order (doc. 30) providing plaintiff 14 days in which to (1) demonstrate his continued interest in prosecuting this case by filing responses to the motions referenced above, or (2) move for voluntary dismissal. Plaintiff was warned that failure to respond to the order would result in dismissal of this case. Plaintiff has not responded.

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute and failure to comply with an order of the court.

2. That the clerk be directed to close the file.

At Pensacola, Florida this 30th day of May, 2017.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within 14 days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control. A copy of objections shall be served upon the magistrate judge and all other parties. A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. R. 3-1; 28 U.S.C. § 636.