UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**BRIAN FOLLMER,**

    **Plaintiff,**

**v.**                                          **CASE NO. 3:16cv360-MCR-CJK**

**C. COURTNEY, et al.,**

    **Defendants.**

_____/

## **O R D E R**

This cause comes on for consideration of the Magistrate Judge's Report and Recommendation dated May 31, 2017. ECF No. 31. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). After reviewing any timely objections to the Recommendation, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is ORDERED:

1. The Magistrate Judge's Report and Recommendation, ECF No. 31, is adopted and incorporated by reference in this Order.

2. This case is DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute and failure to comply with an order of the court.

3. The clerk shall close the file.

**DONE AND ORDERED** this 3rd day of July, 2017.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**